JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BARRUETA DE PAZ,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | Case No. 2:26-cv-09122-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting the Petition and Ordering a Bond Hearing Pursuant to 8 U.S.C. § 1226(a) Within Seven Days, IT IS ADJUDGED that Ground 1 of the Petition is granted and Ground 2 is dismissed as moot.

DATED: August 27, 2027

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE